1  JOSH COLE AICKLEN
Nevada Bar No. 7254
2  E-Mail: Josh.Aicklen@lewisbrisbois.com
MARTIN M. MANKE
3  Nevada Bar No. 7077
E-Mail: Martin.Manke@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
TEL: 702.893.3383
6  FAX: 702.893.3789
Attorneys for Defendants,
7  JAROSLAV NOVOTNY and
KLC GLOBAL SERVICES, LTD.
8

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12

| 13  DAVID ALVARADO GOMEZ, an individual; LUIS CARMONA ESCOBAR, an individual; LEONEL ALFARO ZAYAS, an individual, | CASE NO. |
| 14 | |
| 15 | **NOTICE OF REMOVAL BY DEFENDANT, JAROSLAV NOVOTNY** |
| 16              Plaintiffs, | Complaint Filed: February 11, 2019 |
| 17              vs. | |
| 18  JAROSLAV NOVOTNY, an individual; KLC GLOBAL SERVICES LTD, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| 22              Defendants. | |

24        TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

25  DISTRICT OF NEVADA:

26        PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1332 and §1441(b),

27  Defendant, JAROSLAV NOVOTNY, contemporaneously with the filing of this Notice, is

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4839-8795-3559.1

effecting the removal of the below-referenced action from the District Court for Clark County, Nevada to the United States District Court for the District of Nevada. The removal is based, specifically, on the following grounds:

**PLEADINGS, PROCESS, AND ORDERS**

1.  On February 11, 2019, Plaintiffs, DAVID ALVARDO GOMEZ, LUIS CARMONA ESCOBAR, and LEONEL ALFARO ZAYAS, commenced the immediate civil action in the District Court for Clark County, Nevada by filing a Complaint therein entitled DAVID ALVARDO GOMEZ, LUIS CARMONA ESCOBAR, and LEONEL ALFARO ZAYAS v. JAROSLAV NOVOTNY, KLC GLOBAL SERVICES, LTD., DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive, Case No. A-19-789134-C.  True and correct copies of the following documents are attached hereto and incorporated herein by reference:

        a.      Summons – Exhibit "A;" and

        b.      Complaint – Exhibit "B."

2.  The Summons and Complaint were served on JAROSLAV NOVOTNY via the Department of Motor Vehicles, pursuant to NRS 14.070(2), on or around April 12, 2019.

3.  JAROSLAV NOVOTNY has yet to file and serve his Answer to Plaintiffs' Complaint, but will do so consistent with FRCP 81(c)(2).

4.  The Summons and Complaint constitute all process, pleadings, and orders served upon Defendant in this matter (See, Exhibits "A" and "B").

5.  A copy of this Notice of Removal is being served on Plaintiffs, and a copy is being filed with the state court.  See, 28 U.S.C. §1446(d).

6.  This is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, in that it is a civil action where the matter is between citizens of different states and the controversy exceeds the sum of $75,000.00, exclusive of interest and costs.  Accordingly, this action is one that may be removed to this Court by JAROSLAV NOVOTNY pursuant to 28 U.S.C. §1441.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

7.     Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendant, KLC GLOBAL SERVICES, LTD., joins in and consents to this Notice of Removal.

DIVERSITY

A.     Citizenship

8.     Plaintiffs were, at the time of the filing of this action, and presently remain, residents and citizens of the State of Nevada.  See, Exhibit "B" - Paragraphs 1, 2, and 3.

9.     JAROSLAV NOVOTNY is a resident of the state of Illinois.  Plaintiffs' Complaint specifically identifies JAROSLAV NOVOTNY as a resident of Illinois who resided therein at all material times.  See, Exhibit "B" - Paragraph 4.  The Summons and Complaint were also served upon JAROSLAV NOVOTNY by serving him at his home address of 401 North Keswick Court, Round Lake, Illinois 60073.  See, Affidavit of Compliance – Paragraph 4 (Attached hereto as Exhibit "C").

10.     KLC GLOBAL SERVICES, LTD. was incorporated in the state of Illinois with its principal place of business in Illinois and Plaintiffs acknowledge same.  See, Exhibit "B" - Paragraph 6.  Accordingly, KLC GLOBAL SERVICES, LTD. is a citizen of the state of Illinois.

11.     Complete diversity of citizenship therefore exists as between Plaintiffs and Defendants.

B.     Fictitious Does

12.     Defendants, DOES I through X and ROE CORPORATIONS I through X, are wholly fictitious. The Complaint does not set forth the identity or status of any said fictitious defendants. The naming of said fictitious defendants does not destroy the diversity of citizenship between the parties in this action and are to be disregarded.  28 U.S.C. §1441(b)(1); Newcombe v. Adolf Coors Co., 157 F.3d 686, 690-91 (9th Cir. 1998).  Accordingly, the mere fact the Complaint references fictitious defendants does

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4839-8795-3559.1                                3

1  not destroy diversity jurisdiction and does not preclude this action from being properly

2  removed to this Court.

### AMOUNT IN CONTROVERSY

4       13.    Plaintiffs' Complaint sets forth causes of action for (1) Negligence,

5  (2) Negligence per se, (3) Negligent entrustment of vehicle to Defendant, and (4)

6  Negligent hiring, training, retention, and supervision. See, Exhibit "B." Plaintiffs allege

7  that on or about November 3, 2017, JAROSLAV NOVOTNY was driving a 2016

8  Freightliner tractor trailer, owned by KLC GLOBAL SERVICES, LTD.  It is further alleged

9  that JAROSLAV  NOVOTNY, in the course and scope of his employment, backed into

10  Plaintiffs' vehicle thereby causing injury to Plaintiffs. See, Exhibit "B" - Paragraph 9.

11       14.    The amount in controversy exceeds $75,000.00.  A defendant can

12  establish the amount in controversy requirement by showing that it is "facially apparent"

13  based on the allegations in the complaint. Singer v. State Farm Mut. Auto Ins. Co., 116

14  F.3d 373, 377 (9th Cir. 1997). The amount in controversy calculation includes all

15  damages that are alleged in a complaint, including economic damages, non-economic

16  damages, punitive damages, and recoverable attorneys' fees. See generally,

17  Guglielmino v. McKee Foods Corp., 506 F.3d 696, 700 (9th Cir. 2007). Here, the

18  Complaint contends that the matter is exempt from the state court arbitration program

19  because a jury award will purportedly exceed $50,000.00. See, Exhibit "B". Plaintiffs,

20  upon seeking an exemption from the Nevada arbitration program, specifically alleged

21  that DAVID ALVARADO GOMEZ has incurred $62,913.36 in medical expenses as a

22  result of the incident, that LUIS CARMONA ESCOBAR has incurred $4,355.00 in

23  medical expenses, and that LEONEL ALFARO ZAYAS has incurred $5,575.35 in

24  medical expenses for a subtotal of $72,843.71.  These sums are exclusive of other

25  general damages, compensatory damages, special damages, attorneys' fees and costs,

26  and any other and further relief the courts may deem just and proper. See, Plaintiffs'

27  Request for Exemption from Arbitration - Exhibit "1" (Attached hereto as Exhibit "D").  As

28  such, Plaintiffs' damages, as alleged, exceed $75,000.00.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4839-8795-3559.1

## TIMELINESS OF REMOVAL

15.     This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of Plaintiffs' Complaint, which indicated that the matter is removable pursuant to 28 U.S.C. §1446(b)(1).  The Summons and Complaint were served on JAROSLAV NOVOTNY via the Department of Motor Vehicles pursuant to NRS 14.070(2) on or around April 12, 2019.  Further, the instant removal is within one (1) year of the commencement of the underlying action as required by 28 U.S.C. §1446(c)(1).  As noted, Plaintiffs commenced this action on February 11, 2019.

16.     For the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. §1332 and §1441(b).

## 28 U.S.C. § 1446(b)(2)(A) CONSENT AND JOINDER

17.     Pursuant to 28 U.S.C. §1446(b)(2)(A), Defendant, KLC GLOBAL SERVICES, LTD., joins in and consents to this Notice of Removal.

## JURY DEMAND

Pursuant to FRCP 38, Defendant, JAROSLAV NOVOTNY, respectfully demands a jury trial on all triable issues in this action.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## CONCLUSION

2    Defendants, JAROSLAV NOVOTNY, respectfully requests that the above-entitled

3 action now pending in the District Court for Clark County, Nevada be removed to this

4 Court pursuant to 28 U.S.C. §1332 and §1441(b).

5    DATED this 13th day of May, 2019.

6                    Respectfully submitted,

7                    LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9

                    By   /s/ Josh Cole Aicklen

10                         JOSH COLE AICKLEN
                         Nevada Bar No. 7254

11                         MARTIN M. MANKE
                         Nevada Bar No. 7077

12                         6385 S. Rainbow Boulevard, Suite 600
                         Las Vegas, Nevada 89118

13                         TEL: 702.893.3383
                         FAX: 702.893.3789

14                         Attorneys for Defendants,

15                         JAROSLAV NOVOTNY and
                         KLC GLOBAL SERVICES, LTD.

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4839-8795-3559.1                               6

1

## CERTIFICATE OF SERVICE

2    Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard

3 & Smith, LLP, and that on this 13th day of May, 2019, I did cause a true and correct copy

4 of this NOTICE OF REMOVAL BY DEFENDANT, JAROSLAV NOVOTNY, to be

5 electronically served as follows:

6

7 Clay R. Treese, Esq.
THE LAW OFFICE OF CLAY R. TREESE
2272 S. Nellis Boulevard, Suite 1

8 Las Vegas, Nevada 89104
TEL: 702.727-4747

9 FAX: 702.727.4744

10 clay@claytreese.com
Attorney for Plaintiffs,

11 DAVID ALVARADO GOMEZ
LUIS CARMONA ESCOBAR

12 LEONEL ALFARO ZAYAS

13

14

15

16               By  */s/ Lori Tollerud*

                    an Employee of

17                    LEWIS BRISBOIS BISGAARD & SMITH LLP

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4839-8795-3559.1