|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | * * * | |

| | | |
|---|---|---|
| DAVID ALVARADO GOMEZ, an individual; LUIS CARMONA ESCOBAR, an individual; LEONEL ALFARO ZAYAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAROSLAV NOVATNY, an individual; KLC GLOBAL SERVICES LTD, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00827-GMN-EJY<br><br>**ORDER** |

Before the Court is the Motion to Withdraw as Counsel of Record Without Substitution for Plaintiff Luis Carmona Escobar (ECF No. 21). Good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 21) is GRANTED. Withdrawing counsel shall serve a copy of this order on Plaintiff Luis Carmona Escobar.

IT IS FURTHER ORDERED that Plaintiff Luis Carmona Escobar shall have twenty-one (21) days from the date of this Order within which to retain new counsel and during which time neither Plaintiff Escobar nor Defendants shall propound written discovery or set depositions upon each other.

IT IS FURTHER ORDERED that new counsel, if any, shall file a notice of appearance with the Court upon retention.

IT IS FURTHER ORDERED that upon the expiration of the twenty-one (21) day period, measured from the date of this Order, Plaintiff Escobar and Defendants may recommence ordinary discovery practices.

DATED: December 2, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE